PHILLIP A. TALBERT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:23-mc-00367-KJM-CKD |
| Plaintiff, | |
| v. | STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |
| APPROXIMATELY $33,270.00 IN U.S. CURRENCY, | |
| Defendant. | |

It is hereby stipulated by and between the United States of America and potential claimants Ricky Bill Humbert and Adriana Jones ("claimants"), by and through their respective counsel, as follows:

1.     On or about July 18, 2023, claimant Ricky Bill Humbert filed a claim in the administrative forfeiture proceeding with the Drug Enforcement Administration with respect to the Approximately $33,270.00 in U.S. Currency (hereafter "defendant currency"), which was seized on May 3, 2023.  On or about September 13, 2023, claimant Adriana Jones filed a claim in the administrative forfeiture proceeding with the Drug Enforcement Administration with respect to the above reference defendant currency.

2.     The Drug Enforcement Administration has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  The time has expired for any person to file a claim to the defendant currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other

1

than claimant has filed a claim to the defendant currency as required by law in the administrative forfeiture proceeding.

3.      Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture proceeding, unless the court extends the deadline for good cause shown or by agreement of the parties.  That deadline was October 16, 2023.

4.      By Stipulation and Order filed October 20, 2023, the parties stipulated to extend to December 15, 2023, the time in which the United States is required to file a civil complaint for forfeiture against the currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

5.      As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to further extend to February 29, 2024, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

///
///
///
///
///
///
///
///
///
///
///
///
///

Stipulation and Order to Extend Time

6.      Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture shall be extended to February 29, 2024.

Dated:  12/14/2023                                PHILLIP A. TALBERT
                                                          United States Attorney

                                          By:     /s/ Kevin C. Khasigian
                                                          KEVIN C. KHASIGIAN
                                                          Assistant U.S. Attorney


Dated:  12/11/2023                                /s/ Isaac Safier
                                                          ISAAC SAFIER
                                                          Attorney for potential claimant
                                                          Ricky Bill Humbert

                                                          (Signature authorized by email)


Dated:  12/14/23                                  /s/ Michael Elsner
                                                          MICHAEL ELSNER
                                                          New York Bar No. ME8337
                                                          South Carolina Bar No. 72893
                                                          Attorney for potential claimant
                                                          Adriana Jones
                                                          Motley Rice LLC
                                                          28 Bridgeside Blvd
                                                          Mount Pleasant, SC 29464
                                                          (843) 216-9250
                                                          melsner@motleyrice.com

                                                          (Signature retained by attorney)


**IT IS SO ORDERED**.

Dated: 12/18/2023.


_____
CHIEF UNITED STATES DISTRICT JUDGE

Stipulation and Order to Extend Time