1   PHILLIP A. TALBERT
     United States Attorney
2   KEVIN C. KHASIGIAN
     Assistant U. S. Attorney
3   501 I Street, Suite 10-100
     Sacramento, CA  95814
4   Telephone:  (916) 554-2700

5

6

7

8               IN THE UNITED STATES DISTRICT COURT

9               EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11   UNITED STATES OF AMERICA, | 2:23-MC-00367-KJM-CKD |
| 12           Plaintiff, | |
| 13      v. | STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |
| 14   APPROXIMATELY $33,270.00 IN U.S. CURRENCY, | |
| 15 | |
| 16           Defendant. | |

17

18        It is hereby stipulated by and between the United States of America and potential claimants Ricky

19   Bill Humbert ("claimant"), by and through their respective counsel, and Adriana Jones ("claimant"),

20   appearing *in propria persona*, as follows:

21        1.      On or about July 18, 2023, claimant Ricky Bill Humbert filed a claim in the administrative

22   forfeiture proceeding with the Drug Enforcement Administration with respect to the Approximately

23   $33,270.00 in U.S. Currency (hereafter "defendant currency"), which was seized on May 3, 2023.  On or

24   about September 13, 2023, claimant Adriana Jones filed a claim in the administrative forfeiture

25   proceeding with the Drug Enforcement Administration with respect to the above reference defendant

26   currency.

27        2.      The Drug Enforcement Administration has sent the written notice of intent to forfeit

28   required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  The time has expired for any

Stipulation and Order to Extend Time

person to file a claim to the defendant currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than claimant has filed a claim to the defendant currency as required by law in the administrative forfeiture proceeding.

3.      Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture proceeding, unless the court extends the deadline for good cause shown or by agreement of the parties.  That deadline was October 16, 2023.

4.      By Stipulation and Order filed October 20, 2023, the parties stipulated to extend to December 15, 2023, the time in which the United States is required to file a civil complaint for forfeiture against the currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

5.      By Stipulation and Order filed December 18, 2023, the parties stipulated to extend to February 29, 2024, the time in which the United States is required to file a civil complaint for forfeiture against the currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

6.      As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to further extend to April 29, 2024, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

///

///

///

///

///

///

///

///

2

7.      Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture shall be extended to April 29, 2024.

Dated: 2/26/2024                          PHILLIP A. TALBERT
                                          United States Attorney

                                   By:    /s/ Kevin C. Khasigian
                                          KEVIN C. KHASIGIAN
                                          Assistant U.S. Attorney

Dated: 2/21/2024                          /s/ Isaac Safier
                                          ISAAC SAFIER
                                          Attorney for potential claimant
                                          Ricky Bill Humbert

                                          (Signature authorized by email)

Dated: 2/22/2024                          /s/ Adriana Jones
                                          ADRIANA JONES
                                          Potential Claimant, appearing in propria persona
                                          28 Bridgeside Blvd.
                                          Mount Pleasant, SC 29464

                                          (Signature retained by attorney)


        **IT IS SO ORDERED**.

DATED:  February 27, 2024.


                                          _____
                                          CHIEF UNITED STATES DISTRICT JUDGE