PHILLIP A. TALBERT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>APPROXIMATELY $33,270.00 IN U.S. CURRENCY,<br><br>        Defendant. | 2:23-MC-00367-KJM-CKD<br><br>STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |

        It is hereby stipulated by and between the United States of America and potential claimant Ricky Bill Humbert ("claimant"), by and through their respective counsel, as follows:

        1.     On or about July 18, 2023, claimant Ricky Bill Humbert filed a claim in the administrative forfeiture proceeding with the Drug Enforcement Administration with respect to the Approximately $33,270.00 in U.S. Currency (hereafter "defendant currency"), which was seized on May 3, 2023.  The DEA also received an administrative claim from Adriana Jones, but that claim was withdrawn on April 23, 2024, and therefore Andriana Jones is no longer a party to this matter.

        2.     The Drug Enforcement Administration has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  The time has expired for any person to file a claim to the defendant currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than claimant has filed a claim to the defendant currency as required by law in the administrative

forfeiture proceeding.

3. Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture proceeding, unless the court extends the deadline for good cause shown or by agreement of the parties. That deadline was October 16, 2023.

4. By Stipulation and Order filed October 20, 2023, the parties stipulated to extend to December 15, 2023, the time in which the United States is required to file a civil complaint for forfeiture against the currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

5. By Stipulation and Order filed December 18, 2023, the parties stipulated to extend to February 29, 2024, the time in which the United States is required to file a civil complaint for forfeiture against the currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

6. By Stipulation and Order filed February 28, 2024, the parties stipulated to extend to April 29, 2024, the time in which the United States is required to file a civil complaint for forfeiture against the currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

7. As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to further extend to May 29, 2024, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

///
///
///
///
///
///
///

8. Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture shall be extended to May 29, 2024.

Dated: 4/23/2024

PHILLIP A. TALBERT
United States Attorney

By: /s/ Kevin C. Khasigian
KEVIN C. KHASIGIAN
Assistant U.S. Attorney

Dated: 4/23/2024

/s/ Isaac Safier
ISAAC SAFIER
Attorney for potential claimant
Ricky Bill Humbert

(Signature authorized by email)

**IT IS SO ORDERED**.

Dated: April 29, 2024.

CHIEF UNITED STATES DISTRICT JUDGE