1 PHILLIP A. TALBERT
United States Attorney
2 KEVIN C. KHASIGIAN
Assistant U. S. Attorney
3 501 I Street, Suite 10-100
Sacramento, CA  95814
4 Telephone:  (916) 554-2700

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,                     2:23-MC-00367-KJM-CKD

12            Plaintiff,

13       v.                                      STIPULATION AND ORDER EXTENDING TIME
                                                 FOR FILING A COMPLAINT FOR FORFEITURE
14 APPROXIMATELY $33,270.00 IN                   AND/OR TO OBTAIN AN INDICTMENT
   U.S. CURRENCY,                                ALLEGING FORFEITURE

15

16            Defendant.

17

18       It is hereby stipulated by and between the United States of America and potential claimant Ricky

19 Bill Humbert ("claimant"), by and through their respective counsel, as follows:

20       1.      On or about July 18, 2023, claimant Ricky Bill Humbert filed a claim in the administrative

21 forfeiture proceeding with the Drug Enforcement Administration with respect to the Approximately

22 $33,270.00 in U.S. Currency (hereafter "defendant currency"), which was seized on May 3, 2023.  The

23 DEA also received an administrative claim from Adriana Jones, but that claim was withdrawn on April

24 23, 2024, and therefore Andriana Jones is no longer a party to this matter.

25       2.      The Drug Enforcement Administration has sent the written notice of intent to forfeit

26 required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  The time has expired for any

27 person to file a claim to the defendant currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other

28 than claimant has filed a claim to the defendant currency as required by law in the administrative

                                              1

1    forfeiture proceeding.

2    3.       Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for

3 forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant

4 currency is subject to forfeiture within ninety days after a claim has been filed in the administrative

5 forfeiture proceeding, unless the court extends the deadline for good cause shown or by agreement of the

6 parties.  That deadline was October 16, 2023.

7    4.       By Stipulation and Order filed October 20, 2023, the parties stipulated to extend to

8 December 15, 2023, the time in which the United States is required to file a civil complaint for forfeiture

9 against the currency and/or to obtain an indictment alleging that the defendant currency is subject to

10 forfeiture.

11    5.       By Stipulation and Order filed December 18, 2023, the parties stipulated to extend to

12 February 29, 2024, the time in which the United States is required to file a civil complaint for forfeiture

13 against the currency and/or to obtain an indictment alleging that the defendant currency is subject to

14 forfeiture.

15    6.       By Stipulation and Order filed February 28, 2024, the parties stipulated to extend to April

16 29, 2024, the time in which the United States is required to file a civil complaint for forfeiture against the

17 currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

18    7.       By Stipulation and Order filed April 30, 2024, the parties stipulated to extend to May 29,

19 2024, the time in which the United States is required to file a civil complaint for forfeiture against the

20 currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

21    8.       As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to further extend

22 to June 28, 2024, the time in which the United States is required to file a civil complaint for forfeiture

23 against the defendant currency and/or to obtain an indictment alleging that the defendant currency is

24 subject to forfeiture.

25 ///

26 ///

27 ///

28 ///

Stipulation and Order to Extend Time

9.     Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture shall be extended to June 28, 2024.

Dated:  5/29/2024

                                     PHILLIP A. TALBERT
                                     United States Attorney

                    By:   /s/ Kevin C. Khasigian
                                     KEVIN C. KHASIGIAN
                                     Assistant U.S. Attorney

Dated:  5/28/2024

                                     /s/ Isaac Safier
                                     ISAAC SAFIER
                                     Attorney for potential claimant
                                     Ricky Bill Humbert

                                     (Signature authorized by email)

## ORDER

**IT IS SO ORDERED**.  The deadline by which the United States shall be required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture is extended to June 28, 2024.

DATED:  May 30, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE

3

Stipulation and Order to Extend Time