PHILLIP A. TALBERT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>APPROXIMATELY $33,270.00 IN U.S. CURRENCY,<br><br>　　　　Defendant. | 2:23-MC-00367-KJM-CKD<br><br>ORDER TO CONTINUE DEADLINE FOR FILING OF DISPOSITIONAL DOCUMENTS |

　　The Court having received, read, and considered the foregoing request to continue the deadline for filing of dispositional documents, and good cause appearing therefrom, the Court hereby GRANTS the nine-day extension to file dispositional documents to and including August 23, 2024.

　　IT IS SO ORDERED.

Dated: August 22, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE

1

[Proposed] Order to Continue Deadline for
Filing of Dispositional Documents